**Electronically Filed
Supreme Court
30259
20-OCT-2010
02:22 PM**

NO. 30259

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————————————

WALTER Y.C. CHANG, Individually and as Trustee under that
certain unrecorded Trust Agreement of Walter Yin Choy
Chang dated August 3, 1982, and SYLVIA S.W. CHANG,
Individually and as Trustee under that certain
unrecorded Trust Agreement of Sylvia Seu Way Chang,
dated August 3, 1982, Respondents/Plaintiffs-Appellees,

vs.

EADEAN MICHIE BUFFINGTON, Petitioner/Defendant-Appellant,
and
STEVE MONTGOMERY CROUCH, NAOMI HOKULANI CROUCH,
HOKULANI SQUARE, INC., INVESTORS FUNDING CORPORATION,
Defendants-Appellees.

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIVIL NO. 05-1-1708)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J. for the court[1])

Petitioners Edean Michie Buffington's and Interity

Escrow and Title Company, Inc.'s application for writ of

certiorari, filed on September 2, 2010, is accepted.

DATED: Honolulu, Hawai'i, October 20, 2010.

FOR THE COURT:

Mark E. Recktenwald

Chief Justice

———————————————

[1] Considered by: Recktenwald, C.J., Nakayama, J., Circuit Judge Trader,
in place of Acoba, J., recused, Circuit Judge Sakamoto, in place of Duffy, J.,
recused, and Circuit Judge Ahn, assigned by reason of vacancy.